CUTLER & NELSON, Overseers of the Poor of the town of Poughkeepsie, in *Dutchess County*, against GIDNEY & DUBOIS, Overseers of the Poor of the town of *Marlborough*, in *Ulster County*.

ALBANY,
October, 1823.

BREWSTER
v.
SACKETT.

ON *certiorari* to a Justice's Court. It was moved in this cause, that the Justice amend his return, a sworn copy whereof was produced; but neither the affidavit on which the *certiorari* was granted, nor a sworn copy thereof, made a part of the papers on which the application was founded.

*A. D. Soper*, for the defendants.

*L. Maison*, contra.

*Curia.* From what does appear, we think the affidavit is fully answered by the return; but we will not, in general, look into these applications to amend a Justice's return, unless we are furnished with the affidavit on which the writ was founded, together with the return, or copies of these papers sworn to, or certified. Without these, we cannot say whether the return be defective or not. The motion must, for this reason, be denied.

Motion denied.

*The court will not entertain a motion to amend a justice's return to a certiorari, unless the affidavit on which it is founded, and the return, or sworn or certified copies thereof, be furnished. Nor will they amend, where a return is a full answer to the affidavit.*